OPINION — AG — **** INSURANCE COMPANY — REAL PROPERTY — OWNERSHIP **** TITLE 36 O.S. 1961 SECTION 1625[36-1625] [36-1625], REFERS TO PERSONAL PROPERTY AND SECURITIES. IT DOES NOT APPLY TO REAL PROPERTY. THERE IS NO STATUTORILY PRESCRIBED METHOD BY WHICH AN INSURANCE COMPANY MUST DIVEST ITSELF OF REAL PROPERTY OWNED OR HELD IN CONTRAVENTION OF LAW. HOWEVER, THERE ARE STATUTORY PENALTIES ON AN INSURANCE COMPANY FOR UNLAWFULLY OWNING OR HOLDING TITLE TO REAL PROPERTY. CITE: ARTICLE XXII, SECTION 2, 18 O.S. 1961 1.20 [18-1.20], 18 O.S. 1961 1.23 [18-1.23], 18 O.S. 1961 1.20-1.30 [18-1.20] — [18-1.30], 36 O.S. 1961 1501 [36-1501] CARL G. ENGLING